■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HILL, Appellant.—Judgment unanimously affirmed. Memorandum: The court properly accepted defendant's plea to first degree manslaughter. The court's inquiry was sufficient and provided a factual basis for the plea *(see, People v Lopez,* 71 NY2d 662, 667-668). Defendant admitted that he knew his cousin, a codefendant, intended to kill the victim, that he provided him with the shotgun and that he was present when the shooting occurred. These facts establish that defendant

shared a community of purpose with his cousin *(see, People v Allah,* 71 NY2d 830, 832; *People v Whatley,* 69 NY2d 784, 785; *People v Herring,* 149 AD2d 731, 734-735, *lv denied* 74 NY2d 741). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Manslaughter, 1st Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Balio, JJ.